# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF LOS ANGELES

| | |
|---|---|
| GEORGE ESTRADA, an Individual; | Case No. 2:19-cv-07869 AB (JPRx) |
| PLAINTIFF, | |
| vs. | **[PROPOSED] ORDER FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| MARRIOTT INTERNATIONAL, INC., a Corporation; STARWOOD HOTELS & RESORTS WORLDWIDE, LLC A/K/A SHERATON GRAND DOWNTOWN LOS ANGELES A/K/A SHERATON GRAND LOS ANGELES, a Limited Liability Company; and DOES 1-100, inclusive; | [Assigned to the Hon. Andre Birotte Jr. and Magistrate Judge Jean P. Rosenbluth] |
| DEFENDANTS. | |

///
///
///
///

**ORDER**

- 1 -

## [PROPOSED] ORDER

The Court, having reviewed the foregoing Stipulation and finding good cause therefor,

IT IS HEREBY ORDERED:

1. That the Stipulation is APPROVED.
2. The above-referenced action is dismissed without prejudice as to all Defendants.
3. Plaintiff and all Defendants are to bear their respective fees and costs incurred in this action.

IT IS SO ORDERED.

DATED: February 21, 2020

_____
HONORABLE ANDRE BIROTTE JR.