# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ESTRADA, an Individual; <br><br> PLAINTIFF, <br><br> vs. <br><br> MARRIOTT INTERNATIONAL, INC., a Corporation; STARWOOD HOTELS & RESORTS WORLDWIDE, LLC A/K/A SHERATON GRAND DOWNTOWN LOS ANGELES A/K/A SHERATON GRAND LOS ANGELES, a Limited Liability Company; and DOES 1-100, inclusive, <br><br> DEFENDANTS. <br> AND ALL CROSS-ACTIONS | Case No. 2:19-cv-07869 AB (JPRx) <br><br> **ORDER FOR DISMISSAL PURSUANT TO FEDERAL RUE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** <br><br> [Assigned to the Hon. André Birotte Jr. and Magistrate Judge Jean P. Rosenbluth] |

The Court, having reviewed the foregoing Stipulation, orders as follows:

IT IS HEREBY ORDERED:

1. That the Stipulation is APPROVED.

2. Defendant and Cross Complainant MARRIOTT INTERNATIONAL,

4828-9835-5382.1

**[PROPOSED] ORDER**

INC. and STARWOOD HOTELS & RESORTS WORLDWIDE, LLC cross complaint against Hotel Cleaning Services, Inc. be dismissed with prejudice; and

    3.    Each party are to bear their respective fees and costs incurred in this action.

IT IS SO ORDERED

DATED: March 02, 2020

By: _____
HONORABLE ANDRE BIROTTE JR.